# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 18, 2025

## NO. 03-24-00365-CV

**Quyen Lee, D.D.S., Appellant**

**v.**

**Travis Hawkins and Yolanda Hawkins, Appellees**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the judgment signed by the trial court on March 8, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.